# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CRIMINAL NO. 2008-0020 |
| v. | ) | |
| | ) | |
| AMON THOMAS, NATHANIEL | ) | |
| THOMAS, OKIMO MELIGAN, and | ) | |
| ANDREA SOTO | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## <u>ORDER</u>

FINCH, J.

THIS MATTER comes before the Court on Defendants' Appeal From Magistrate Judge's Order entered May 29, 2008 Granting Plaintiff's Motion to Detain Defendants Pending Trial as to Amon Thomas, Nathaniel Thomas and Okimo Meligan.  For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendants' Appeal From Magistrate Judge's Order entered May 29, 2008 Granting Plaintiff's Motion to Detain Defendants Pending Trial as to Amon Thomas, Nathaniel Thomas and Okimo Meligan is **DENIED**.  It is further

**ORDERED** that the Magistrate Judge's Order entered May 29, 2008 is **AFFIRMED**.  It is further

**ORDERED** that Defendants Amon Thomas, Nathaniel Thomas, and Okimo Meligan are committed to the custody of the Attorney General for confinement in a corrections facility

1

separate, to the extent practicable, from persons awaiting or serving sentences or being held in

custody pending appeal.  It is further

ORDERED that said Defendants are afforded reasonable opportunity for private

consultation with counsel.  It is further

ORDERED that upon order of a court of the United States or upon request of an attorney

for the government, the federal Bureau of Prisons shall deliver said Defendants to the United

States Marshal for the purpose of appearance in connection with a court proceeding.

ENTERED this 23rd day of June, 2008.

_____/s/_____
HONORABLE RAYMOND L. FINCH
U.S. DISTRICT JUDGE

.