# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL NO. 2008-0020 |
| v. ) | |
| ) | |
| AMON THOMAS, NATHANIEL ) | |
| THOMAS, OKIMO MELIGAN, and ) | |
| ANDREA SOTO ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## **ORDER**

FINCH, SENIOR JUDGE

    THIS MATTER comes before the Court on Defendants' Motions to Exclude Testimony of Government's Expert Witnesses filed on January 12, 2009. An evidentiary hearing was held on January 26, 2009. For the reasons to be stated in the forthcoming Memorandum Opinion, it is hereby

    **ORDERED** that Defendants' Motions to Exclude Testimony of Government's Expert Witnesses is **DENIED**. It is further

    **ORDERED** that the jury trial scheduled to take place February 2, 2009 is **CONTINUED** to a date to be set by the Magistrate Judge.

    ENTERED this 26th day of January, 2009.

                                                      /s/
                                      **HONORABLE RAYMOND L. FINCH**
                                      **SENIOR U.S. DISTRICT JUDGE**

.