# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL NO. 2008-0020 |
| v. ) | |
| ) | |
| AMON THOMAS, NATHANIEL ) | |
| THOMAS, OKIMO MELIGAN, and ) | |
| ANDREA SOTO ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## **ORDER**

FINCH, SENIOR JUDGE

THIS MATTER comes before the Court on Defendants' Motion to Suppress filed on December 29, 2008. An evidentiary hearing was held on January 26, 2009. For the reasons stated in the forthcoming Memorandum Opinion, it is hereby

**ORDERED** that Defendants' Motion to Suppress is **DENIED**.

**ENTERED this 18th day of February, 2009.**

/s/
**HONORABLE RAYMOND L. FINCH**
**SENIOR U.S. DISTRICT JUDGE**

.

1