# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) CRIMINAL NO. 2008-0020 |
| v. | ) |
| | ) |
| AMON THOMAS, NATHANIEL THOMAS, OKIMO MELIGAN, and ANDREA SOTO | ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |

## **ORDER**

FINCH, SENIOR JUDGE

     THIS MATTER comes before the Court on a Motion in Limine to Preclude Government from Introducing Certain Exhibits at Trial filed by Defendant Amon Thomas on May 2, 2009 (Docket No. 111). The Government has submitted a DNA Lab Certificate of Analysis wherein certain items apparently tested positive for the presence of Defendant Amon Thomas's DNA. These items include include: 1) a pair of pants (Agency No. 104); 2) a blue and grey hooded jacket (Agency No. 132); and 3) blood stains on left door of a Toyota Camry (Agency No. 165). Defendant requests that the Court preclude the Government from introducing the above items as well as any evidence relating to the license plates of a stolen vehicle. The Government does not oppose Defendant's Motion and has informed the Court that it will not introduce these items or photos of these items into evidence. After consideration and the Court being fully advised in the premises, it is hereby

1

**ORDERED** that Defendant Amon Thomas' Motion in Limine to Preclude Government from Introducing Certain Exhibits at Trial (Docket No. 111) is **GRANTED**. It is further

**ORDERED** that the Government may not introduce evidence of the pair of pants (Agency No. 104), blue and grey hooded jacket (Agency No. 132); blood stains on left door of the Toyota Camry or the license plates of a stolen vehicle. Additionally, the Government may not introduce any photographs of these items at trial.

**ENTERED** this 9th day of July, 2009.

/s/
**HONORABLE RAYMOND L. FINCH
SENIOR U.S. DISTRICT JUDGE**