# DISTRICT COURT OF THE VIRGIN ISLANDS

# DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA and<br>PEOPLE OF THE VIRGIN ISLANDS,<br><br>                      Plaintiffs,<br>    v.<br>AMON THOMAS,<br><br>                      Defendant. | 2008-CR-0020-01 |

TO:    Alphonso G. Andrews, Jr., Esq., AUSA
          Jeffrey B.C. Moorhead, Esq.

## ORDER REGARDING DEFENDANT AMON THOMAS' MOTION TO RELINQUISH COUNSEL

THIS MATTER came before the Court upon Defendant Amon Thomas' Motion to Relinquish Counsel (Docket No. 159). A hearing was held August 4, 2009. Alphonso G. Andrews, Jr., Esq., AUSA. Jeffrey B.C. Moorhead, Esq., appeared on behalf of Defendant Amon Thomas. Michael A. Joseph, Esq., appeared on behalf of Defendant Nathaniel Thomas. Defendants Amon Thomas, Nathaniel Thomas, and Okimo Milligan also were present.

Being advised in the premises and upon due consideration thereof, the Court finds that, in the event the Court would grant the said motion, trial would be delayed for an

additional four (4) to six (6) months. The Court believes such a delay is not in the interests of all the Defendants as they remain in pre-trial detention. Attorney Moorhead has indicated that he is prepared for trial. Moreover, trial has been scheduled to go forward previously, most recently July 20, 2009, and no issues were brought to the Court's attention prior to that date.

Accordingly, it is hereby **ORDERED** that Defendant Amon Thomas' Motion to Relinquish Counsel (Docket No. 159) is **DENIED**.

ENTER:


Dated: August 4, 2009  /s/ George W. Cannon, Jr.
GEORGE W. CANNON, JR.
U.S. MAGISTRATE JUDGE