# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL NO. 2008-0020 |
| v. ) | |
| ) | |
| AMON THOMAS, NATHANIEL ) | |
| THOMAS, OKIMO MELIGAN, and ) | |
| ANDREA SOTO ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

# **MEMORANDUM OPINION**

FINCH, SENIOR JUDGE

      THIS MATTER comes before the Court on Defendant Amon Thomas's Appeal From Magistrate Judge's Order entered May 29, 2008 Granting Plaintiff's Motion to Detain Defendants Pending Trial (Docket No. 21) filed by Defendant on August 5, 2009 (Docket No. 162). Defendant Amon Thomas previously filed a Notice of Appeal of the Magistrate Judge's Order Granting Plaintiff's Motion to Detain Defendants Pending Trial on July 1, 2008 (Docket No. 32). After a hearing held on June 20, 2008, the Court ruled on and denied Defendant Amon Thomas's appeal of the Magistrate Judge's Order Granting Plaintiff's Motion to Detain Defendants Pending Trial in an Order filed on June 23, 2008 (Docket No. 38). Even if the Court had not previously ruled on Defendant Amon Thomas's appeal, such an appeal is untimely at this point in the proceedings. After consideration and the Court being duly advised in its premises, it is hereby

**ORDERED** that Defendant Amon Thomas's Appeal (Docket No. 162) From Magistrate Judge's Order entered May 29, 2008 Granting Plaintiff's Motion to Detain Defendants Pending Trial (Docket No. 21) as to Amon Thomas, Nathaniel Thomas and Okimo Meligan is **DENIED**.

**ENTERED this 5th day of August, 2008.**

                                                    /s/
                                   **HONORABLE RAYMOND L. FINCH**
                                   **SENIOR U.S. DISTRICT JUDGE**