# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>) CRIMINAL NO. 2008-0020<br>v. )<br>)<br>AMON THOMAS, NATHANIEL )<br>THOMAS, and OKIMO MILLIGAN )<br>)<br>Defendants. )<br>_____ ) | |

## ORDER

FINCH, SENIOR JUDGE

THIS MATTER comes before the Court on Motions to Dismiss Count 3 of the Indictment filed by Defendant Amon Thomas on July 16, 2009 (Docket No. 149) and Defendant Okimo Milligan on July 17, 2009 (Docket No. 150). Defendants move to dismiss Count 3 on the grounds that the applicable statute is unconstitutionally vague and overbroad. The government opposes Defendants' Motions. After careful consideration and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendant Amon Thomas's Motion to Dismiss Count 3 of the Indictment (Docket No. 149) is **DENIED**. It is further

**ORDERED** that Defendant Okimo Milligan's Motion to Dismiss Count 3 of the Indictment (Docket No 150) is **DENIED**.

1

**ENTERED this 16th day of September, 2009.**

                _____/s/_____
                **HONORABLE RAYMOND L. FINCH**
                **SENIOR U.S. DISTRICT JUDGE**